UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THOMAS JOHN VICE,

    Plaintiff,

v.                                                                    Case No.  5:26-cv-70-TKW-ZCB

ARAMARK CORPORATION, et al.,

    Defendants.

                                 /

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 12).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed because the amended complaint seeks monetary relief from an immune defendant and fails to state a plausible claim for relief.  Accordingly, it is

**ORDERED** that:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      This case is DISMISSED under 28 U.S.C. §1915(e)(2)(B)(ii) and (iii) and 1915A(b)(1) and (2) because the amended complaint seeks monetary relief from an immune defendant and fails to state a plausible claim for relief.

Page 1 of 2

3.      The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 8th day of June, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**